JS-6

Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant
ROADWAY EXPRESS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LIABILITY AND FIRE INSURANCE CO., <br><br> Plaintiff, <br> v. <br><br> ROADWAY EXPRESS, INC.; DOES 1-20, inclusive, <br><br> Defendants. | Case No. CV09-4261 RSWL (AJWx) <br><br> ~~(PROPOSED)~~ ORDER ON STIPULATION RE DISMISSAL |

Based upon the stipulation by and between the parties hereto, plaintiff National Liability and Fire Insurance Co. and defendant Roadway Express, Inc., through their respective counsel of record,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice,  with each party to bear its own costs and fees..

Dated: July 20, 2009

/ S /
_____
HONORABLE RONALD S.W. LEW
Senior, United States District Court Judge

1